# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:23–cv–03930–PA–MAR

Clean Water SoCal et al v. United States Environmental Protection Agency et al
Assigned to: Judge Percy Anderson
Referred to: Magistrate Judge Margo A. Rocconi
Cause: 05:551 Administrative Procedure Act

Date Filed: 05/22/2023
Date Terminated: 06/15/2023
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Clean Water SoCal**     represented by     **Melissa A. Thorme**
Downey Brand
621 Capitol Mall, 18th Floor
Sacramento, CA 95814–4686
916–444–1000
Email: mthorme@downeybrand.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian E Hamilton**
Downey Brand
621 Capitol Mall 18th Floor
Sacramento, CA 95814–4731
916–444–1000
Fax: 916–444–2100
Email: bhamilton@downeybrand.com
*ATTORNEY TO BE NOTICED*

**Monica Browner**
Downey Brand LLP
621 Capitol Mall 18th Floor
Sacramento, CA 95814
916–444–1000
Fax: 916–444–2100
Email: mbrowner@downeybrand.com
*ATTORNEY TO BE NOTICED*

**Samuel Edward Bivins**
Downey Brand LLP
621 Capitol Mall 18th Floor
Sacramento, CA 95814
916–444–1000
Fax: 916–444–2100
Email: sbivins@downeybrand.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Central Valley Clean Water Association**     represented by

                                                              Melissa A Thorne
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian E Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Monica Browner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel Edward Bivins**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Environmental Protection Agency**     represented by    **Alexander Purpuro**
US Department of Justice
Environment and Natural Resources Division
150 M Street NE
Washington, DC 20002
202–514–9771
Fax: 202–514–8865
Email: alexander.purpuro@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Chi Soo Kim**
AUSA – Office of US Attorney
501 I Street, Suite 10–100
Sacramento, CA 95814
916–554–2736
Fax: 916–554–2900
Email: chi.soo.kim@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tomas Torres**     represented by    **Alexander Purpuro**
*Director, Water Division of United States*                     (See above for address)
*Environmental Protection Agency, Region IX*               *ATTORNEY TO BE NOTICED*

**Chi Soo Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2023 | 1 | COMPLAINT Fee Exemption in accordance with statute, filed by Plaintiffs Clean Water SoCal, Central Valley Clean Water Association. (Attorney Melissa A Thorne added to party Central |

| | | |
|---|---|---|
| | | Valley Clean Water Association(pty:pla), Attorney Melissa A Thorne added to party Clean Water SoCal(pty:pla))(Thorne, Melissa) (Entered: 05/22/2023) |
| 05/22/2023 | 2 | CIVIL COVER SHEET filed by Plaintiffs Central Valley Clean Water Association, Clean Water SoCal. (Thorne, Melissa) (Entered: 05/22/2023) |
| 05/22/2023 | 3 | CERTIFICATE of Interested Parties filed by Plaintiffs All Plaintiffs, (Thorne, Melissa) (Entered: 05/22/2023) |
| 05/22/2023 | 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 , Certificate/Notice of Interested Parties 3 , Civil Cover Sheet (CV–71) 2 filed by Plaintiffs Central Valley Clean Water Association, Clean Water SoCal. (Thorne, Melissa) (Entered: 05/22/2023) |
| 05/22/2023 | | FILING FEE PAID for new civil case. Receipt No. ACACDC–35357730 for $402 filing fee. (Thorne, Melissa) (Entered: 05/22/2023) |
| 05/23/2023 | 5 | NOTICE OF ASSIGNMENT to District Judge Percy Anderson and Magistrate Judge Margo A. Rocconi. (lh) (Entered: 05/23/2023) |
| 05/23/2023 | 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (lh) (Entered: 05/23/2023) |
| 05/23/2023 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (lh) (Entered: 05/23/2023) |
| 05/23/2023 | 8 | 60 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Tomas Torres, United States Environmental Protection Agency. (lh) (Entered: 05/23/2023) |
| 05/24/2023 | 9 | STANDING ORDER by Judge Percy Anderson. READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This action has been assigned to the calendar of Judge Percy Anderson. (SEE DOCUMENT FOR FURTHER DETAILS). (aco) (Entered: 05/25/2023) |
| 05/30/2023 | 10 | Joint STIPULATION to Expedite Deadlines for filing Motion for Preliminary Injunction filed by Plaintiffs Central Valley Clean Water Association, Clean Water SoCal.(Thorne, Melissa) (Entered: 05/30/2023) |
| 05/31/2023 | 11 | NOTICE OF MOTION AND MOTION for Preliminary Injunction re EPA Approval of CWA Testing Method filed by Plaintiffs Central Valley Clean Water Association, Clean Water SoCal. Motion set for hearing on 6/12/2023 at 01:30 PM before Judge Percy Anderson. (Attachments: # 1 Request for Judicial Notice, # 2 Memorandum of Points and Authorities, # 3 Declaration in Support of Request for Judicial Notice, # 4 Proposed Order Proposed Order) (Thorne, Melissa) (Entered: 05/31/2023) |
| 06/01/2023 | 12 | ORDER by Judge Percy Anderson, re Stipulation to Expedite 10 . Stipulation DENIED. No showing of good cause. (kss) (Entered: 06/01/2023) |
| 06/01/2023 | 13 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Document RE: NOTICE OF MOTION AND MOTION for Preliminary Injunction re EPA Approval of CWA Testing Method 11 . The following error(s) was/were found: Hearing information is missing, incorrect, or untimely. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (kss) (Entered: 06/01/2023) |
| 06/01/2023 | 14 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT by Judge Percy Anderson. The hearing has been rescheduled. MOTION for Preliminary Injunction re EPA Approval of CWA Testing Method 11 is set for hearing on 7/3/2023 |

| | | |
|---|---|---|
| | | at 01:30 PM before Judge Percy Anderson. (kss) (Entered: 06/01/2023) |
| 06/02/2023 | 15 | Corrected NOTICE OF MOTION AND MOTION for Preliminary Injunction re EPA Approval of New Toxicity Water Quality Standards filed by Plaintiffs Central Valley Clean Water Association, Clean Water SoCal. Motion set for hearing on 7/3/2023 at 01:30 PM before Judge Percy Anderson. (Attachments: # 1 Memorandum UPDATED Memorandum of Points and Authorities ISO Plaintiffs' Motion for Preliminary Injunction, # 2 Supplement UPDATED Request for Judicial Notice ISO Plaintiffs' Motion for Preliminary Injunction, # 3 Declaration of Debbie Mackey ISO Plaintiffs' Request for Judicial Notice, # 4 Proposed Order Granting Plaintiffs' Motion for Preliminary Injunction Under F.R.C.P. 65(c)) (Thorme, Melissa) (Entered: 06/02/2023) |
| 06/05/2023 | 16 | MINUTES IN CHAMBERS−ORDER TO SHOW CAUSE by Judge Percy Anderson. The parties are ordered to file a written response to this Order to Show Cause by no later than June 12, 2023. Failure to timely and adequately respond to this Order may result in the transfer of this action to the Eastern District without further warning. (See document for further details). (aco) (Entered: 06/05/2023) |
| 06/09/2023 | 17 | PROOF OF SERVICE Executed by Plaintiff Clean Water SoCal, Central Valley Clean Water Association, upon Defendant Tomas Torres served on 6/2/2023, answer due 8/1/2023. Service of the Summons and Complaint were NOT executed upon the United States Attorneys Office which was NOT served. The Attorney Generals Office of the United States was NOT served. Executed upon the officer agency or corporation by delivering a copy to Richard Childress, Docket Tech. Service was executed in compliance with Federal Rules of Civil Procedure. Due diligence declaration NOT attached. Registered or certified mail return receipt NOT attached. (Thorme, Melissa) (Entered: 06/09/2023) |
| 06/09/2023 | 18 | PROOF OF SERVICE Executed by Plaintiff Clean Water SoCal, Central Valley Clean Water Association, upon Defendant United States Environmental Protection Agency served on 6/1/2023, answer due 7/31/2023. Service of the Summons and Complaint were NOT executed upon the United States Attorneys Office which was NOT served. The Attorney Generals Office of the United States was NOT served. Executed upon the officer agency or corporation by delivering a copy to Cristal Veloz, Receptionist. Service was executed in compliance with Federal Rules of Civil Procedure. Due diligence declaration NOT attached. Registered or certified mail return receipt NOT attached. (Thorme, Melissa) (Entered: 06/09/2023) |
| 06/09/2023 | 19 | PROOF OF SERVICE Executed by Plaintiff Clean Water SoCal, Central Valley Clean Water Association, upon Defendant Service of the Summons and Complaint were executed upon the United States Attorneys Office by delivering a copy to Mailroom. Executed upon the Attorney Generals Office of the United States by delivering a copy to Mailroom. Executed upon the officer agency or corporation by delivering a copy to Mailroom. Service was executed in compliance with Federal Rules of Civil Procedure. Due diligence declaration NOT attached. Registered or certified mail return receipt attached. (Thorme, Melissa) (Entered: 06/09/2023) |
| 06/09/2023 | 20 | NOTICE of Appearance filed by attorney Chi Soo Kim on behalf of Defendants Tomas Torres, United States Environmental Protection Agency (Kim, Chi) (Entered: 06/09/2023) |
| 06/09/2023 | 21 | Notice of Appearance or Withdrawal of Counsel: for attorney Alexander Purpuro counsel for Defendants Tomas Torres, United States Environmental Protection Agency. Adding Alexander Purpuro as counsel of record for Tomas Torres, United States Environmental Protection Agency for the reason indicated in the G−123 Notice. Filed by Defendants Tomas Torres, United States Environmental Protection Agency. (Purpuro, Alexander) (Entered: 06/09/2023) |
| 06/12/2023 | 22 | OPPOSITION to Corrected NOTICE OF MOTION AND MOTION for Preliminary Injunction re EPA Approval of New Toxicity Water Quality Standards 15 filed by Defendants Tomas Torres, United States Environmental Protection Agency. (Attachments: # 1 Declaration of Marcela von Vacano, # 2 Declaration of Alexander Purpuro, # 3 Declaration of Becky Mitschele)(Purpuro, |

| | | |
|---|---|---|
| | | Alexander) (Entered: 06/12/2023) |
| 06/12/2023 | 23 | RESPONSE filed by Defendants Tomas Torres, United States Environmental Protection Agencyto Order to Show Cause, 16 (Attachments: # 1 Declaration of Chi Soo Kim, # 2 Declaration of Laurie Kermish)(Purpuro, Alexander) (Entered: 06/12/2023) |
| 06/12/2023 | 24 | RESPONSE filed by Plaintiffs Central Valley Clean Water Association, Clean Water SoCalto Order to Show Cause, 16 (Attachments: # 1 Request for Judicial Notice, # 2 Declaration of Brian Hamilton In Support of Response, # 3 of Stephen Jepson in Support of Response)(Thorme, Melissa) (Entered: 06/12/2023) |
| 06/15/2023 | 25 | NOTICE OF LODGING filed *of Proposed Order* re Response in Opposition to Motion, 22 (Attachments: # 1 Proposed Order Denying Plaintiffs' Motion for Preliminary Injunction)(Purpuro, Alexander) (Entered: 06/15/2023) |
| 06/15/2023 | 26 | MINUTES IN CHAMBERS− COURT ORDER by Judge Percy Anderson. The Court concludes that transferring this case will better serve the interests of justice and the convenience of the parties and witnesses. Transfer under 1404(a) is therefore appropriate. The Court hereby orders the Clerk to transfer this action to the Sacramento Division of the Eastern District of California for the convenience of the parties and witnesses. (SEE DOCUMENT FOR FURTHER DETAILS.) (MD JS−6. Case Terminated.) (rolm) (Entered: 06/15/2023) |