1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

10

11

12

13

14

15

16

17

| | |
|---|---|
| CLEAN WATER SOCAL, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, *et al.*<br><br>                    Defendants. | Case No. 2:23-cv-1149-WBS-JDP<br><br>**ORDER**<br><br>Date:   August 7, 2023<br>Time:   1:30pm<br>Location: Courtroom 5<br><br>*The Honorable William B.<br>Shubb* |

18

19

20

21

22

23

24

25

26

27

28

     This matter comes before the Court on the Motion for Administrative Relief Requesting Leave to File a Surreply to Plaintiffs' Reply [ECF No. 30] filed by Defendants United States Environmental Protection Agency and Region IX Water Division Director Tomás Torres.  Upon consideration of Defendants' Motion, the Court hereby **ORDERS** that:

     1. Defendants' Motion for Administrative Relief is
        **GRANTED.**

     2. Defendants may file a surreply to Plaintiffs' Reply
        to Defendants' Opposition to Plaintiffs' Motion for

///

3. Preliminary Injunction [ECF No. 30] by July 10, 2023.

IT IS SO ORDERED,

Dated:   June 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE