PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM (CA Bar No. 232346)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Chi.Soo.Kim@usdoj.gov
Telephone: (916) 554-2700

TODD KIM
Assistant Attorney General
ALEXANDER PURPURO (FL Bar No. 1025872)
Trial Attorney
United States Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE, Suite 4.138
Washington, D.C. 20002
Alexander.Purpuro@usdoj.gov
Telephone: (202) 514-9771

Attorneys for Defendants United States
Environmental Protection Agency and
U.S. EPA Region IX Water Division Director
Tomas Torres

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN WATER SOCAL and CENTRAL VALLEY CLEAN WATER ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and TOMAS TORRES, DIRECTOR, WATER DIVISION OF UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX,<br><br>Defendants. | CASE NO. 2:23-cv-1149-WBS-JDP<br><br>**JOINT STATUS REPORT, STIPULATION AND [PROPOSED] ORDER RE: SCHEDULING AND ADMINISTRATIVE RECORD**<br><br>Judge: Honorable William B. Shubb |

    Defendants United States Environmental Protection Agency ("EPA") and Tomas Torres, Director of the Water Division of EPA Region IX, and Plaintiffs Clean Water SoCal and Central Valley Clean Water Association (collectively, "Parties"), through their respective attorneys, respectfully submit the following status report and stipulation regarding scheduling and submission of the administrative record.

1. Because this is an Administrative Procedure Act ("APA") action, this case will be resolved through cross-motions on the merits.  The Parties therefore respectfully request vacating the Status (Pretrial Scheduling) Conference currently scheduled for October 10, 2023, and the corresponding deadlines for a discovery plan and Joint Status Report.  *See* Order re: Status (Pretrial Scheduling) Conference [ECF No. 28].  As an APA action for review of administrative action, discovery is generally not allowed and this action is exempt from Initial Disclosures.  Fed. R. Civ. P. 26(a)(1)(B)(i); *Hall v. Norton*, 266 F.3d 969, 977 (9th Cir. 2001); *Northwest Motorcycle Ass'n v. United States Dep't of Agric.*, 18 F.3d 1468, 1472 (9th Cir. 1994); *Friends of the Earth v. Hintz*, 800 F.2d 822, 829 (9th Cir. 1986); *Florida Power & Light Co. v. Lorion*, 470 U.S. 729, 743-44 (1985).

2. The Parties propose that EPA will provide a draft index of the administrative record to Plaintiffs' counsel on or before August 25, 2023; and EPA will lodge the administrative record, file a notice of lodging, and file the administrative record index on or before September 8, 2023.

3. The Parties will submit a proposed merits briefing schedule the week of September 11, 2023, to provide Plaintiffs with the time and opportunity to review the draft index of the administrative record as well as the administrative record.

**PROPOSED SCHEDULE**

1. The currently scheduled Status (Pretrial Scheduling) Conference on October 10, 2023 is vacated [ECF No. 28].  The corresponding deadlines for a discovery plan and Joint Status Report are also vacated.  *See* Order re: Status (Pretrial Scheduling) Conference [ECF No. 28].

2. EPA will provide a draft index of the administrative record to Plaintiffs' counsel on or before August 25, 2023.

3. EPA will lodge the administrative record, file a notice of lodging, and file the administrative

record index on or before September 8, 2023.

4. The Parties will submit a proposed merits briefing schedule to the Court the week of September 11, 2023.

Dated: August 18, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

Attorneys for Defendants

Dated: August 18, 2023

DOWNEY BRAND LLP

By: /s/ *Melissa A. Thorme*
MELISSA A. THORME

Attorneys for Plaintiffs

### ORDER

1. The currently scheduled Status (Pretrial Scheduling) Conference on October 10, 2023 is vacated [ECF No. 28]. The corresponding deadlines for a discovery plan and Joint Status Report are also vacated.

2. EPA will provide a draft index of the administrative record to Plaintiffs' counsel on or before August 25, 2023.

3. EPA will lodge the administrative record, file a notice of lodging, and file the administrative record index on or before September 8, 2023.

4. The Parties will submit a proposed merits briefing schedule to the Court the week of September 11, 2023.

IT IS SO ORDERED.

Dated: August 20, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE