PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM (CA Bar No. 232346)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

TODD KIM
Assistant Attorney General
ALEXANDER PURPURO (FL Bar No. 1025872)
Trial Attorney
United States Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE, Suite 4.138
Washington, D.C. 20002
Telephone: (202) 514-9771

Attorneys for Defendants United States
Environmental Protection Agency and
U.S. EPA Region IX Water Division Director
Tomás Torres

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAN WATER SOCAL and CENTRAL VALLEY CLEAN WATER ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and TOMÁS TORRES, DIRECTOR, WATER DIVISION OF UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION IX,<br><br>Defendants. | CASE NO. 2:23-cv-1149-WBS-JDP<br><br>**JOINT STIPULATION AND ORDER RE: SCHEDULING**<br><br>Judge: Honorable William B. Shubb |

Defendants United States Environmental Protection Agency and EPA Region IX Water Division Director Tomás Torres, and Plaintiffs Clean Water SoCal and Central Valley Clean Water Association (collectively, "Parties"), through their respective attorneys, respectfully submit the following update and stipulation regarding scheduling.

1. EPA timely provided a draft index of the administrative record to Plaintiffs' counsel on August 25, 2023; and timely lodged the administrative record, filed a notice of lodging and the administrative record index, and served Plaintiffs' counsel with the administrative record on September 8, 2023. (ECF Nos. 39, 40, 40a)

2. Under the current schedule, the Parties are to submit a proposed merits briefing schedule the week of September 11, 2023. (ECF No. 38)  To provide time to engage in further meet and confers, the Parties respectfully request a short extension to submit the proposed merits briefing schedule the week of September 25, 2023.

PROPOSED MODIFIED SCHEDULE

1. The Parties will submit a proposed merits briefing schedule to the Court the week of September 25, 2023.

Respectfully submitted,

Dated:  September 14, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

Dated:  September 14, 2023

DOWNEY BRAND LLP

By:  /s/ *Melissa A. Thorme*
MELISSA A. THORME

Attorneys for Plaintiffs

**ORDER**

The Parties shall submit a proposed merits briefing schedule to the Court the week of September 25, 2023.

IT IS SO ORDERED.

Dated: September 15, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE